# EXHIBIT A

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
07/30/2024 - 9:56AM
Linda Myhre Enlow
Thurston County Clerk

Hearing date:
Hearing time:
Judge/Calendar:

## STATE OF WASHINGTON
## THURSTON COUNTY SUPERIOR COURT

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF HEALTH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　　Defendant. | NO. 24-2-02712-34<br><br>COMPLAINT FOR INJUNCTIVE RELIEF |

Plaintiff, State of Washington, Department of Health, Environmental Public Health Program, alleges as follows:

### I.    DESCRIPTION OF ACTION

1.1    The Department of Health (Department), Environmental Public Health Program, brings this action under RCW Title 7 and RCW 43.70.190. The Department seeks an order restraining The GEO Group, Inc. (GEO). GEO has refused entry to Department staff who are authorized to investigate threats to public health under RCW 43.70.170. The Department seeks to restrain further refusal of entry.

### II.    JURISDICTION

2.1    This Court has jurisdiction over the subject matter and over the parties. RCW 43.70.190 directs the Department to bring an action to enjoin a violation or threatened violation of any of the provisions of the public health laws, rules, or regulations in the superior

court in the county in which such violation occurs or is about to occur or in the superior court of Thurston County. GEO owns and operates the detention facility on the Tacoma tideflats in Pierce County. Based upon 722 complaints the Department has received to-date, the Department has concerns about threats to public health at the facility.

    2.2    The Department has the authority to investigate public health threats and to enter buildings to do so under RCW 43.70.170.

### III. PARTIES

    3.1    Plaintiff Department of Health is an agency of the State of Washington.

    3.2    Defendant is The GEO Group, Inc. GEO contracts with the U.S. Immigration and Customs Enforcement (ICE) to provide detention management services at its Tacoma facility. GEO has named its facility the "Northwest ICE Processing Center" (NWIPC).

### IV. FACTUAL ALLEGATIONS

    4.1    The Department has received more than 700 hundred complaints from detainees at the NWIPC alleging poor conditions, unsanitary bathrooms, dirty water, poor air quality, COVID outbreaks, animal-grade food quality, and a spate of suicides. Muniz Decl. ¶¶ 5-11.

    4.2    Soleil Muniz is a Complaint Enforcement Lead and also works in the Environmental Public Health Program. Ms. Muniz's primary work is to investigate health and safety complaints, including those made by detainees.

    4.3    On July 18, 2024, Ms. Muniz attempted to investigate the public health complaints from the NWIPC. After identifying herself to GEO's front desk personnel, Bruce Scott, GEO's facility administrator, arrived and met her in the lobby area.

    4.4.    At Mr. Scott's request, Ms. Muniz filled out a form indicating that she sought to inspect the facility under RCW 43.70.170. Ms. Muniz wrote that she was investigating public health concerns related to "water quality, air quality COVID/disease infection, suicide/mental health, and living conditions/hygiene."

4.4. Instead of allowing the Department inspector's entry, Mr. Scott said he would confer with ICE. Mr. Scott later returned with Jeffrey White and Michael Knight. Together, they denied Ms. Muniz access to the NWIPC. GEO allowed the Department to take water samples on the "non-secure" side of the facility, i.e., the lobby area, but otherwise denied Ms. Muniz entry to the facility. Muniz Decl. ¶¶ 13-16.

4.5 To date, the Department has been unable to enter the NWIPC to investigate complaints it has received from detainees.

4.6 The Department believes, based upon the complaints, that the health and safety of detainees is at risk.

4.7 The Department believes GEO, by refusing entry, is preventing the Department from carrying out its statutory obligation to investigate public health threats.

## V. CAUSES OF ACTION

5.1 RCW 43.70.190 permits the Department to bring an action to enjoin a violation or threatened violation of the public health laws.

5.2 The Department has statutory authority under RCW 43.70.170 to investigate violations or threatened violations of public health laws and to have free and unimpeded access to all buildings to do so.

5.3 GEO has refused the Department from entering the NWIPC to conduct its investigation.

5.4 The Department is unable to investigate complaints from detainees at NWIPC under RCW 43.70.170 because of GEO's refusal to permit entry.

5.5 GEO is in violation of RCW 43.70.170 by refusing to permit entry for the purposes of investigating complaints.

5.6 GEO is in violation of RCW 43.70.170 by refusing to permit entry for the purpose of unannounced inspection.

COMPLAINT FOR INJUNCTIVE RELIEF 3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1     5.7    Because of the actions of GEO, the Department is unable to carry out its statutory obligations under RCW 43.70.170.

### VI.    PRAYER FOR RELIEF

6.1    The Department asks this Court to grant relief by enjoining The GEO Group, Inc., from refusing entry for the purposes of inspections and investigations.

6.2    The Department further requests that this Court retain jurisdiction to enforce the terms of its order.

DATED this 30th day of July 2024.

ROBERT W. FERGUSON
Attorney General

*/s/ Marsha Chien*
MARSHA CHIEN, WSBA 47020
CRISTINA SEPE, WSBA 53609
Deputy Solicitors General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Marsha.Chien@atg.wa.gov
Cristina.Sepe@atg.wa.gov

ELLEN RANGE, WSBA 51334
ANDREW HUGHES, WSBA 49515
Assistant Attorneys General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Ellen.Range@atg.wa.gov
Andrew.Hughes@atg.wa.gov

LILIA LOPEZ, WSBA 22273
Senior Counsel
Agriculture and Health Division
1125 Washington Street SE
Olympia, WA 98504-0100
(360) 586-6500
Lilia.Lopez@atg.wa.gov

*Counsel for Department of Health*