The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF HEALTH,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant. | NO. 3:24-cv-05639-BHS<br><br>DECLARATION OF ELLEN RANGE |

I, Ellen Range, declare under the penalty of perjury under the laws of the United States that the following is true and correct.

1. I am over the age of eighteen and am otherwise competent to testify. I make these statements on personal knowledge and belief. I am an assistant attorney general assigned to represent the Department of Health in the case against The GEO Group, Inc. (GEO).

2. Attached as exhibits are true and correct copies of the following documents:

Ex. 1: GEO's contract with ICE, attached as Exhibit A by GEO in *GEO Grp., Inc. v. Inslee*, No. 3:23-cv-05626-BHS (W.D. Wash. July 17, 2023), Dkt. #10-1;

Ex. 2: 2011 Performance-Based National Detention Standards (revised 2016);

Ex. 3: City of Tacoma Certificate of Compliance;


ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Ex. 4: Third Declaration of John Korzenko filed in *Wash. Dep't of Lab. & Indus. v. GEO Secure Servs., LLC*, No. 3:24-cv-05095-BHS (W.D. Wash.) and *Wash. Dep't of Health v. GEO Grp., Inc.*, No. 3:24-cv-05029-BHS (W.D. Wash.); and

Ex. 5: Declaration of Nigel Turner filed in *Wash. Dep't of Health v. GEO Grp., Inc.*, No. 3:24-cv-05029-BHS (W.D. Wash.).

DATED this 13th day of August, 2024 in Tumwater, Washington.

*/s/ Ellen Range*
ELLEN RANGE, WSBA 51334
Assistant Attorney General



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200