Tacoma

City of Tacoma
Finance Department

**CERTIFICATE OF COMPLIANCE**
**TMC 6B.10.140(6)**

The City and the Business, Geo Corrections and Detention, LLC, acknowledges the following:

Pursuant to Tacoma Municipal Code ("TMC") 6B.10.140(6), the Director of Finance has the power and authority to suspend or revoke any license issued under TMC Title 6 on the following grounds:

> Licensee's continued conduct of the business for which the license or registration was issued will result in a danger to the public health, safety, or welfare by reason of any of the following:
>
> . . .
>
> b. The licensee, or his/her agents or employees, have in the conduct of the business, violated any local, state, or federal law relating to public health or safety.

The Business certifies that it is not engaged in and will not engage in any activities that constitute violations of any local, state, or federal law relating to public health or safety, specifically that all individuals currently detained or to be detained in its facility have been or are being detained in a manner consistent with all applicable state and federal laws as well as established enforcement priorities.

The Business shall maintain adequate documentation of this certification for inspection upon request.

I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

3-6-17 Tacoma Wa.
(Date and Place)

(Signature)

Lowell Clark, Facility Administrator
Northwest Detention Center
1623 East J Street
Tacoma, WA 98421



EXHIBIT 11
WIT: Kimble
DATE: 7-9-18
J.L. Bellows, CCR 2297