UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF HEALTH, | CASE NO. C24-5639 BHS |
| Plaintiff, | ORDER |
| v. | |
| THE GEO GROUP, INC., | |
| Defendant. | |

THIS MATTER is before the Court on its review of the parties' joint status report, Dkt. 25, following the Ninth Circuit's remand, Dkt. 23.

The Court will hold a two-day evidentiary hearing on March 16–17, 2026, on the issues the Ninth Circuit identified. The parties should complete limited written discovery by February 13, and should identify their respective witnesses by February 20. They should file simultaneous pre-hearing briefs no longer than 15 pages by February 27.

The Court will address any post-hearing briefing at the hearing.

IT IS SO ORDERED.

//

ORDER - 1

Dated this 20th day of January, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2