UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STATE OF WASHINGTON
DEPARTMENT OF HEALTH,

Plaintiff,

v.

THE GEO GROUP, INC.,

Defendant.

CASE NO. 24-cv-5639-BHS

ORDER

THIS MATTER is before the Court on its own motion, after reviewing defendant GEO Group's recent omnibus motion, Dkt. 32, asking the Court to vacate the evidentiary hearing currently scheduled for March 16–17.

GEO contends that the evidence it has now submitted—the Cantrell Declaration, Dkt. 33-1, and a closed-circuit video of the subject interaction (not yet in the Court's file)—"easily" meet its "low" burden of establishing colorable federal defenses to the Washington Department of Health's claims against it. Dkt. 32.

The Ninth Circuit's Memorandum Opinion remanding the case instructed the Court to hold an evidentiary hearing to determine the facts relevant to two such defenses,

ORDER - 1

derivative sovereign immunity and direct-regulation. Dkt. 22 at 2. The Ninth Circuit instructed the Court to resolve the following factual issues:

> [T]he scope of [the Department's] request for access; the scope of the authority of the relevant [ICE] employee over access to the facility; the scope of GEO Group's authority over access to the facility; and the mechanics of the denial itself—whether the ICE employee directly denied entry to the Department, or whether the ICE employee instructed GEO Group to deny entry.

*Id*. at 3.

GEO contends Cantrell's declaration resolves these issues. It also objects to most of the Department's witnesses. Dkt. 32 at 6.

The Department's response to the motion is not due until March 11, because the motion is not noted until March 18—the day after the hearing is scheduled to conclude. The March 17–18 hearing, and the schedule in the Court's prior order requiring pre-hearing briefs by February 27, Dkt. 26, is therefore **VACATED**. This will allow the parties to fully brief, and the Court to thoroughly consider, the issues and arguments raised in the motion, the response, and any reply.

The Court will instead hold an in-person hearing on GEO's omnibus motion at **2:30 p.m. Tuesday March 17**. The Department's Response to the motion, and any supporting evidence, should be filed by March 10. GEO's reply should be filed by March 13. The parties should also be prepared to address GEO's pending motion to close the courtroom, Dkt. 30, at that hearing, though it may be moot. The parties may file briefing on that motion on this same modified schedule. If the Court determines that an evidentiary hearing is required, it will be re-scheduled with the parties' input.

ORDER - 2

IT IS SO ORDERED.

Dated this 26th day of February, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3